IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROBERT G. LaBELLE,

    Plaintiff,

v.

DR. STEVE SINGER and
R.N. RENAE THOMPSON,

    Defendants.

JUDGMENT IN A CIVIL CASE

11-cv-807-slc

---

    This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Dr. Steve Singer and R.N. Renae Thompson granting their motion for judgment on the pleadings and dismissing this case.

_____
Peter Oppeneer, Clerk of Court

_9/27/12_
Date